CLOSED

**U.S. District Court**
**District of New Jersey [LIVE] (Newark)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-05928-JLL-CCC**

ADKINS v. DAVOL INC. et al
Assigned to: Judge Jose L. Linares
Referred to: Magistrate Judge Claire C. Cecchi
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 12/11/2007
Date Terminated: 03/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**BRIAN ALBERT ADKINS**

represented by **MELANIE H. MUHLSTOCK**
PARKER, WAICHMAN & ALONSO, LLP
111 GREAT NECK ROAD
1ST FLOOR
GREAT NECK, NY 11201-5402
(516) 466-6500
Email: mmuhlstock@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2007 | 1 | COMPLAINT against DAVOL INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 1776052.) JURY DEMAND, filed by BRIAN ALBERT ADKINS. (Attachments: # 1 CIV COV SHT# 2 SMS-1# 3 SMS-2)(dr, ) (Entered: 12/14/2007) |
| 12/14/2007 | 2 | Summons Issued as to DAVOL INC., C.R. BARD, INC..Days Due - 20. MLD TO COUNSEL(dr, ) Additional attachment(s) added on 12/14/2007 (dr, ). (Entered: 12/14/2007) |
| 03/14/2008 | 3 | MDL ORDER transferring action to the District Court of Rhode Island. |

| | | |
|---|---|---|
| | | Signed by Judge No Judge Assigned on 03/12/2008. (nr, ) (Entered: 03/14/2008) |
| 03/14/2008 | | ***Civil Case Terminated. (nr, ) (Entered: 03/14/2008) |
| 03/14/2008 | 4 | Letter transferring action to the District of Rhode Island (nr, ) (Entered: 03/14/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/14/2008 15:27:51 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-05928-JLL-CCC Start date: 1/1/1970 End date: 3/14/2008 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |